FILED
2017 MAY 23 AM 7:01
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Jennifer Mankotya,<br><br>Plaintiffs,<br><br>v.<br><br>NURSE ON CALL, KINDERHOOK INDUSTRIES AND EMERITUS CORPORATION,<br><br>Defendants. | **CIVIL ACTION NO. 8:13-cv-828** |

**RELATOR'S NOTICE OF VOLUNTARY DISMISSAL**

Relator, Jennifer Mankotya ("Relator"), through her counsel, files this Notice of Voluntary Dismissal of the above-captioned *qui tam* action, without prejudice to the United States and the Relator, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and 31 U.S.C. §§3729, *et seq.* of the federal False Claims Act ("FCA").

Proceeding on behalf of the United States, Relator filed an Original Complaint *in camera* and under seal against defendants Nurse on Call, Kinderhook Industries, and Emeritus Corporation (collectively "Defendants") on April 13, 2013. The United States filed its notice that it is not intervening on April 7, 2017.

Relator has decided not to pursue or litigate the above-captioned case. Under the federal False Claims Act, a relator may seek voluntary dismissal of the action "only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). The United States indicates it consents to this voluntary dismissal without prejudice.

This motion/petition/stipulation has been duly considered and is hereby granted, this 22 day of May, 2017.

JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

5/20/5-21

WHEREFORE, Relator respectfully files this Notice of Voluntary Dismissal of the above-captioned action, with all parties to bear their own attorney's fees and costs.

**Certificate of Compliance with Local Rule 3.01(g)**

The undersigned counsel conferred with counsel for United States regarding this Notice of Voluntary Dismissal, and the United States has no objection to the relief requested and indicates it consents to the voluntary dismissal of the above-captioned case without prejudice.

Dated: May 18, 2017

WENZEL FENTON CABASSA, P.A.

By: /s/Steven G. Wenzel

Steven G. Wenzel, Esq.
Florida Bar No. 159055
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, FL 33602
Phone: 813-440-4593
Email: swenzel@wflcaw.com

**BERGER & MONTAGUE, P.C.**
Shauna B. Itri (admitted pro hace vice)
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
sitri@bm.net

*Attorneys for Relator*